IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CHRISTOPHER PARY,

                Plaintiff,

  v.

TERESA NEHLS, PENNY PERRY and
DR. R. GUPTA,

                Defendants.

ORDER

17-cv-37-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Pro se plaintiff Christopher Pary has filed a motion for voluntary dismissal of this case without prejudice. Dkt. #126. Defendants have responded that they consent to the dismissal without prejudice, making no representations to plaintiff and reserving all defenses. Dkt. #127. Accordingly, plaintiff's motion will be granted.

ORDER

      IT IS ORDERED that this case is DISMISSED without prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

      Entered this 3d day of August, 2018.

                                          BY THE COURT:
                                          /s/
                                          _____
                                          BARBARA B. CRABB
                                          District Judge